UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN MICHAELS LLC,

      Plaintiff,                          CIVIL ACTION NO. 11-10678

     v.                                  DISTRICT JUDGE SEAN F. COX

AMERICAN SUZUKI MOTOR CORP.,    MAGISTRATE JUDGE MARK A. RANDON

      Defendant.

_____/

## ORDER REGARDING SETTLEMENT AGREEMENT

Within 10 business days of this Order, American Suzuki Motor Corporation ("ASMC") shall make the settlement payment set forth in Section 1.3 of the Settlement Agreement plus $43,114.38 for parts.

Within 10 business days of receiving the six previously agreed to additional parts, ASMC shall pay an additional $308.11 plus shipping costs up to an additional $100.00. No additional payments by ASMC shall be required.

**IT IS ORDERED**.

                                                s/Mark A. Randon
                                                Mark A. Randon
                                                United States Magistrate Judge

Dated: August 20, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 20, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager*